

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00126-CV

## IN RE NEWPORT CLASSIC HOMES, L.P. L.L.C.

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez (not participating)
Luz Elena D. Chapa (not participating)
Irene Rios, Justice

A majority of the participating en banc court granted relator Newport Classic Homes, L.P., L.L.C.'s motion for en banc reconsideration and thereafter, on October 10, 2018, rendered an opinion and order. On October 25, 2018, real party in interest Raul Lagunes filed "Real Party in Interest's Motion for Extension of Time to File Motion for Rehearing," which we interpret as a motion for extension of time to file a motion for en banc reconsideration. After review, we **GRANT** the motion for extension of time and **ORDER** real party in interest Raul Lagunes to file any motion for en banc reconsideration in this court **on or before November 8, 2018. We advise the real party in interest that no further extensions of time to file a motion for en banc reconsideration will be granted absent written proof of extraordinary circumstances.**

It is so **ORDERED** on October 31, 2018.

_____
Marialyn Barnard, Justice

---

[1] This proceeding arises out of Cause No. 2014-CI-02113, styled *Rafael Lagunes v. Newport Classic Homes, L.P., L.L.C.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court